NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LONZEL DAVIS, )
)
       Appellant, )
)
v. )     Case No. 2D19-240
)
STATE OF FLORIDA, )
)
       Appellee. )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Christopher C. Nash,
Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special Assistant
Public Defender, Bartow, for Appellant.

Carolyn Marie Snurkowski, Associate
Deputy Attorney General, Tallahassee,
and Kelly O'Neill, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.